UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TONYA BLAYLOCK, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| WALMART STORES, INC. DBA, WALMART SUPERCENTER STORE 3466, | CASE NO: 17-1208-STA-egb |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Voluntary Dismissal entered on September 28, 2018, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 9/28/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk